IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEFFREY SCOTT FILES, on behalf of himself
and others similarly situated                        PLAINTIFF

v.                  No. 3:14-cv-260-DPM

RENTAL CONCEPTS LLC and
RENTAL CONCEPTS JONESBORO LLC,
d/b/a RNR Custom Wheels and Performance          DEFENDANTS

## JUDGMENT

Files's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 December 2014